## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| FLORENCE ASLINIA, M.D., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNIVERSITY OF KANSAS )<br> )<br>And )<br> )<br>UNIVERSITY OF KANSAS PHYSICIANS, )<br>INC., )<br>    Defendants. ) | Case No.: 2:24-cv-02208 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Florence Aslinia, M.D., hereby dismisses her claims against Defendants University of Kansas and University of Kansas Physicians, Inc., with prejudice, with each party to bear its own costs and fees. There are no remaining claims in this matter.

Respectfully submitted,

**Fagan & Emert, LLC**

/s/Jennifer R. Johnson
Jennifer R. Johnson         #22096
800 New Hampshire St., Ste. 110
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile
jjohnson@faganemert.com
Attorney for Plaintiff

And

**Lathrop GPM, LLP**

/s/Ellen C. Rudolph
Bridget B. Romero         #21938
Ellen C. Rudolph         #27945
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
(816) 292-2000 – Telephone
(816) 292-2001 – Facsimile

1

Bridget.romero@lathropgpm.com
Ellen.rudolph@lathropgpm.com
Attorneys for Defendant
University of Kansas Physicians, Inc.

And

**Husch Blackwell, LLP**

/s/Kyle B. Russell
Kyle B. Russell                   #20457
Claire E. Hawley                  #79190
4801 Main St., Ste. 1000
Kansas City, MO 64112
(816) 983-8000 – Telephone
(816) 983-8080 – Facsimile
Kyle.russell@huschblackwell.com
Claire.hawley@huschblackwell.com
Attorneys for Defendant
University of Kansas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 17th day of March 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/Jennifer R. Johnson
Jennifer R. Johnson            #22096